# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEKUBIAN A. BARROW, | CASE NO.   1:10-cv-154-LJO-MJS (PC) |
| Plaintiff, | ORDER GRANTING MOTION FOR STATUS |
| v. | (ECF No. 31) |
| WARDEN CALIFORNIA MEDICAL FACILITY, et al., | |
| Defendants. | |

/

Plaintiff Raekubian A. Barrow ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 17, 2012, Plaintiff filed what the Court construes as a motion for status. (ECF No. 31.)

Plaintiff's motion is hereby GRANTED. The Court ORDERS the Clerk's Office to send Plaintiff a copy of the docket sheet in this matter.

IT IS SO ORDERED.

Dated:   May 30, 2012          /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE