IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEKUBIAN A. BARROW,<br><br>            Plaintiff,<br><br>vs.<br><br>WARDEN CALIFORNIA MEDICAL FACILITY, CORCORAN, et al.,<br><br>            Defendants.<br>_____ / | CASE No.   1:10-cv-00154-LJO-MJS PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ORDER TO ATTEND COURT HEARING<br><br>(ECF NO. 54) |

Plaintiff Raekubian A. Barrow, a state prisoner proceeding pro se and in forma pauperis filed this civil rights action on February 1, 2010 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) This matter proceeds on Plaintiff's Second Amended Complaint which states an Eighth Amendment claim against Defendant Martinez. (ECF No. 33.) On July 3, 2012, Defendant Martinez filed his Answer. (ECF No. 48.) On September 20, 2012, Plaintiff filed a Motion for Order to Attend Court Hearing (ECF No. 54).  It is that motion which is now before the Court.

Plaintiff's Motion is denied. This matter is in discovery. No trial date has been set. No hearing has been calendared. Motions in prisoner actions are submitted upon the record without oral argument unless otherwise ordered by the Court. Local Rule 230(l). If the Court determines a hearing is necessary in a prisoner matter, a telephonic

-1-

1 appearance can be arranged. The Court will issue appropriate transportation orders if
2 and when this matter proceeds to trial.
3          Accordingly, for the foregoing reasons, Plaintiff's Motion for Order to Attend
4 Court Hearing (ECF No. 54) is HEREBY DENIED.

6 IT IS SO ORDERED.

7 Dated:    September 21, 2012           /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE