1

2

3

4

5

6

7    IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   RAEKUBIAN A. BARROW,                CASE No.    1:10-cv-00154-LJO-MJS PC

11
              Plaintiff,                ORDER DENYING PLAINTIFF'S MOTION
12                                       FOR ORDER TO ATTEND COURT
     vs.                                 HEARING
13

14   WARDEN CALIFORNIA MEDICAL          (ECF NO. 54)
     FACILITY, CORCORAN, et al.,
15

16            Defendants.

17   _____/

18       Plaintiff Raekubian A. Barrow, a state prisoner proceeding pro se and in forma

19   pauperis filed this civil rights action on February 1, 2010 pursuant to 42 U.S.C. § 1983.

20   (ECF No. 1.) This matter proceeds on Plaintiff's Second Amended Complaint which

21   states an Eighth Amendment claim against Defendant Martinez. (ECF No. 33.) On July

22   3, 2012, Defendant Martinez filed his Answer. (ECF No. 48.) On September 20, 2012,

23   Plaintiff filed a Motion for Order to Attend Court Hearing (ECF No. 54).  It is that motion

24   which is now before the Court.

25       Plaintiff's Motion is denied. This matter is in discovery. No trial date has been

26   set. No hearing has been calendared. Motions in prisoner actions are submitted upon

27   the record without oral argument unless otherwise ordered by the Court. Local Rule

28   230(l). If the Court determines a hearing is necessary in a prisoner matter, a telephonic

1   appearance can be arranged. The Court will issue appropriate transportation orders if

2   and when this matter proceeds to trial.

3          Accordingly, for the foregoing reasons, Plaintiff's Motion for Order to Attend

4   Court Hearing (ECF No. 54) is HEREBY DENIED.

5

6   IT IS SO ORDERED.

7   Dated:    September 21, 2012          /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28