IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEKUBIAN A. BARROW,<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN CALIFORNIA MEDICAL FACILITY, CORCORAN, et al.,<br><br>Defendants.<br>_____/ | CASE No. 1:10-cv-00154-LJO-MJS (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE<br><br>(ECF No. 63) |

Plaintiff Raekubian A. Barrow, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on February 1, 2010 pursuant to 42 U.S.C. § 1983. (Compl., ECF No. 1.)

This matter proceeds on Plaintiff's Second Amended Complaint which states an Eighth Amendment claim against Defendant Martinez. (Order re Cognizable Claim, ECF No. 32.) This matter is in the discovery phase. The discovery cut-off date is March 5, 2013. (Discov. and Sched. Order, ECF No. 49.)

Pending before the Court is Defendant's January 10, 2013 request to conduct the deposition of Plaintiff via videoconference pursuant to Fed. R. Civ. P. 30(b)(4). (Req. re Dep., ECF No. 63.)

-1-

1      Good cause having been shown, Defendants' motion is HEREBY GRANTED,
2 provided that nothing in this order shall be interpreted as requiring the institution in
3 which Plaintiff is housed to obtain videoconferencing equipment if it is not already
4 available.

6 IT IS SO ORDERED.

7 Dated:   January 14, 2013       /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

-2-