1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT FOR THE

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   RAEKUBIAN A. BARROW,                    CASE No. 1:10-cv-00154-LJO-MJS (PC)

10                                          ORDER GRANTING DEFENDANT'S
                    Plaintiff,              REQUEST TO CONDUCT PLAINTIFF'S
11                                          DEPOSITION VIA VIDEOCONFERENCE
        vs.
12                                          (ECF No. 63)

13  WARDEN CALIFORNIA MEDICAL
    FACILITY, CORCORAN, et al.,
14

15                  Defendants.

16  _____/

17          Plaintiff Raekubian A. Barrow, a state prisoner proceeding pro se and in forma

18  pauperis, filed this civil rights action on February 1, 2010 pursuant to 42 U.S.C. §

19  1983. (Compl., ECF No. 1.)

20          This matter proceeds on Plaintiff's Second Amended Complaint which

21  states an Eighth Amendment claim against Defendant Martinez. (Order re Cognizable

22  Claim, ECF No. 32.) This matter is in the discovery phase. The discovery cut-off date

23  is March 5, 2013. (Discov. and Sched. Order, ECF No. 49.)

24          Pending before the Court is Defendant's January 10, 2013 request to conduct

25  the deposition of Plaintiff via videoconference pursuant to Fed. R. Civ. P. 30(b)(4).

26  (Req. re Dep., ECF No. 63.)

27

28                               -1-

1    Good cause having been shown, Defendants' motion is HEREBY GRANTED,

2    provided that nothing in this order shall be interpreted as requiring the institution in

3    which Plaintiff is housed to obtain videoconferencing equipment if it is not already

4    available.

5

6    IT IS SO ORDERED.

7    Dated:    January 14, 2013            /s/  Michael J. Seng

     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              -2-