1

2

3

4

5

6

7           IN THE UNITED STATES DISTRICT COURT FOR THE

8                 EASTERN DISTRICT OF CALIFORNIA

9

10   RAEKUBIAN A. BARROW,                CASE No. 1:10-cv-00154-LJO-MJS (PC)

11                                        ORDER DENYING PLAINTIFF'S
                 Plaintiff,              MOTION FOR SUBPOENA
12
                                          (ECF No. 72)
13       vs.

14   WARDEN CALIFORNIA MEDICAL
     FACILITY, CORCORAN, et al.,
15

16               Defendants.

17

18   _____/

19       Plaintiff Raekubian A. Barrow, a state prisoner proceeding pro se and in forma

20   pauperis, filed this civil rights action on February 1, 2010 pursuant to 42 U.S.C. §

21   1983. (ECF No. 1.)

22       This matter proceeds on Plaintiff's Second Amended Complaint which states

23   an Eighth Amendment excessive force claim against Defendant Martinez. (ECF No.

24   32.)

25       Pending before the Court is Plaintiff's Motion requesting that the Court Clerk

26   provide him with witness subpoena(s). (ECF No. 72.)

27

28                              -1-

1    Plaintiff's Motion shall be denied.

2    Firstly, Plaintiff's Motion is not a sufficient response to the Court's February 11,

3    2013 Order (ECF No. 70) directing him to make a showing, under penalty of perjury,

4    that he is able to pay the costs and fees of service of any desired deposition

5    subpoenas and the costs of an officer to record and transcribe testimony taken.

6    Secondly, Plaintiff has not identified the witness(es) he desires to subpoena

7    and explained what discoverable information is sought from them. A subpoena can be

8    used to command a person to do the following: attend and testify; produce designated

9    documents, electronically stored information, or tangible things in that person's

10   possession, custody, or control; or permit the inspection of premises. Fed. R. Civ. P.

11   45. The Court will consider a request for subpoena only if the witness will provide

12   discoverable information, not already available to Plaintiff, and not obtainable  through

13   a discovery request. Fed. R. Civ. P. 45(c); Fed. R. Civ. P. 26(b). Plaintiff's bare

14   request for witness subpoena(s) is not sufficient.

15   Accordingly, based on the foregoing, it is HEREBY ORDERED that Plaintiff's

16   Motion for Subpoena (ECF No. 72) is DENIED.

17

18   IT IS SO ORDERED.

19   Dated:    March 18, 2013                     /s/   Michael J. Seng
20                                        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28                                       -2-