IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEKUBIAN A. BARROW,<br><br>Plaintiff,<br><br>vs.<br><br>WARDEN CALIFORNIA MEDICAL FACILITY, CORCORAN, et al.,<br><br>Defendants.<br>_____/ | CASE No. 1:10-cv-00154-LJO-MJS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR STATUS<br><br>(ECF No. 81)<br><br>CLERK TO PROVIDE PLAINTIFF WITH COPY OF DOCKET SHEET |

    Plaintiff Raekubian A. Barrow, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on February 1, 2010 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) This matter proceeds on Plaintiff's Second Amended Complaint which states an Eighth Amendment excessive force claim against Defendant Martinez. (ECF No. 32.)

    Pending before the Court is Plaintiff's Motion for status (ECF No. 81) requesting a copy of the docket sheet in this matter. (ECF No. 72.)

    Plaintiff's Motion is hereby GRANTED.

-1-

The Court ORDERS the Clerk's Office to send Plaintiff a copy of the docket sheet in this matter.

IT IS SO ORDERED.

Dated:     June 6, 2013                              /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE