# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEKUBIAN A. BARROW,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN CALIFORNIA MEDICAL FACILITY, CORCORAN, et al.,<br><br>    Defendants. | Case No. 1:10-cv-00154-LJO-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO CONDUCT DEFENDANT'S DEPOSITION BY VIDEOCONFERENCE**<br><br>**(ECF Nos. 69 & 70)** |

Plaintiff Raekubian A. Barrow is a state prisoner proceeding pro se and in forma Pauperis in this civil rights action filed on February 1, 2010 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) This matter proceeds on the second amended complaint which asserts an Eighth Amendment excessive force claim against Defendant Martinez. (ECF No. 32.) The discovery cut-off date was March 5, 2013. The dispositive motion deadline, May 16, 2013. (ECF No. 49.)

On February 11, 2013, the Court denied without prejudice Plaintiff's request to conduct Defendant's deposition via videoconference (ECF No. 69) and ordered Plaintiff to make the requisite showing for deposition via videoconference by not later than March 7, 2013. (ECF No. 70). Defendant filed opposition to Plaintiff's request. (ECF No. 71.) Plaintiff then filed a motion for witness subpoena(s) (ECF No. 72.) The Court denied the motion for witness subpoena(s) providing therein that said motion was "not a sufficient response to the

1 | Court's February 11, 2013 order." (ECF No. 73 at 2:2-3.)

2 |     The March 7th deadline passed without Plaintiff making the requisite showing for
3 | deposition via videoconference or further responding to the Court's February 11, 2013
4 | order.

5 |     According, for the reasons stated above, IT IS HEREBY ORDERED that Plaintiff's
6 | request to conduct Defendant's deposition via videoconference (ECF No. 69) is DENIED.

13 | IT IS SO ORDERED.

15 | Dated:   August 7, 2013                         /s/ *Michael J. Seng*
16 |                                                 UNITED STATES MAGISTRATE JUDGE