1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEKUBIAN A BARROW,<br><br>            Plaintiff,<br><br>    v.<br><br>WARDEN CALIFORNIA MEDICAL<br>FACILITY, CORCORAN, et al.,<br><br>            Defendants. | CASE No. 1:10-cv-00154-LJO-MJS<br><br>ORDER REQUESTING CONFIDENTIAL<br>STATEMENTS RE: CASE SELECTION<br>FOR PRISONER SETTLEMENT<br>PROGRAM<br><br>FIFTEEN (15) DAY DEADLINE |

Plaintiff Raekubian A Barrow is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  (ECF No. 1.)  The parties to this action shall each, no later than fifteen days from the date of this order, submit confidential statements as described below.  The confidential statements shall not be served on the opposing party or filed with the court, but instead, delivered by mail, fax, e-mail, or personal delivery to the court's Alternative Dispute Resolution ("ADR") division at the address, fax number, or e-mail address below and marked "Confidential". Such statements shall be limited to five pages and shall include the following:

1.      The party's assessment of whether the instant action is of the type that would benefit from a settlement proceeding;

2.      The party's assessment of what factors, if any, will prevent settlement of

1

1   this matter prior to trial; and

2       3.      Any additional information the Court may find useful in determining whether

3   to set this matter for a settlement conference.

4       Should the Court determine this action to be appropriate for referral to the

5   Prisoner Settlement Program, the Court will set this matter for a settlement conference

6   before a magistrate judge or district judge.

7       Accordingly, it is HEREBY ORDERED that:

8       1.      Within fifteen days from the date of this order, the parties shall submit

9   confidential settlement statements as set forth above; and

10      2.      The Clerk of the Court is directed to send a copy of this order to:

11

12  ADR Division, Attention:  Sujean Park
    U.S. District Court
13  501 I Street, Suite 4-200
    Sacramento, CA 95814
14  Fax: (916) 930-4224
    email: spark@caed.uscourts.gov
15

16  IT IS SO ORDERED.

17

18  Dated:   December 9, 2013        /s/ *Michael J. Seng*

19                                   UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28

2