# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEKUBIAN A. BARROW,<br><br>    Plaintiff,<br><br>  v.<br><br>WARDEN CALIFORNIA MEDICAL FACILITY, CORCORAN, et al.,<br><br>    Defendants. | Case No. 1:10-cv-00154-LJO-MJS (PC)<br><br>**ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(ECF No. 88)** |

    Plaintiff Raekubian A. Barrow, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. The matter proceeds on Plaintiff's Second Amended Complaint which states an Eighth Amendment excessive force claim against Defendant Martinez.

    The deadline for filing dispositive motions in this action was May 16, 2013. (ECF No. 49.) Plaintiff filed a motion for summary judgment on November 22, 2013 (ECF No. 88), well after the May 16th deadline. Plaintiff did not seek an extension of the dispositive motion deadline. Nothing before the Court suggests good cause for such an extension.

    Additionally, the motion, which includes only a statement of claim, a case law citation, and a hand drawn schematic of a door, does not comply with the procedural

1  requirements for seeking summary judgment.[1] Local Rule 260.

2      For the reasons stated, Plaintiff's motion is unauthorized and procedurally deficient
3  and shall be stricken. Local Rule 110.

4      Accordingly, Plaintiff's motion for summary judgment (ECF No. 88) is hereby
5  STRIKEN from the record.

IT IS SO ORDERED.

Dated:   December 10, 2013          /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] Local Rule 260(a) provides: "Each motion for summary judgment or summary adjudication shall be accompanied by a "Statement of Undisputed Facts" that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon to establish that fact."