# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEKUBIAN A. BARROW,<br><br>    Plaintiff,<br><br>    v.<br><br>WARDEN CALIFORNIA MEDICAL FACILITY, CORCORAN, et al.,<br><br>    Defendants. | Case No. 1:10-cv-00154-LJO-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR WAIVER OF SUBPOENED WITNESS FEES**<br><br>**(ECF No. 95)** |

Plaintiff Raekubian A. Barrow is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter proceeds on Plaintiff's Second Amended Complaint which states an Eighth Amendment excessive force claim against Defendant Martinez. Trial is set for June 17, 2014.

Before the Court is Plaintiff's motion for waiver of fees for subpoenaed witnesses. (ECF No. 95.) The motion is denied.

As the Court previously advised Plaintiff, no statute authorizes the use of public funds for such expenses in civil cases and a party must tender witness fees and travel expenses even where, as here, he is in forma pauperis. (See ECF No. 93 at 4:22-24.)

1

Case 1:10-cv-00154-LJO-MJS   Document 96   Filed 01/13/14   Page 2 of 2

Accordingly, for the reasons stated, it is HEREBY ORDERED THAT Plaintiff's motion for waiver of fees for subpoenaed witnesses (ECF No. 95) is DENIED.

IT IS SO ORDERED.

Dated:    January 10, 2014          /s/ *Michael J. Seng*
                                                  UNITED STATES MAGISTRATE JUDGE