# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEKUBIAN A. BARROW,<br><br>　　　　　　Plaintiff,<br>　v.<br><br><br>WARDEN CALIFORNIA MEDICAL<br>FACILITY, CORCORAN, et al.,<br><br>　　　　　　Defendant. | Case No. 1:10-cv-00154-LJO-MJS (PC)<br><br>**AMENDED ORDER & WRIT OF<br>HABEAS CORPUS AD TESTIFICANDUM**<br><br>**WITNESS: VIA VIDEO**<br><br>**DATE: April 3, 2014<br>TIME:  1:00 p.m.**<br><br>**CLERK TO FAX COPY OF WRIT TO<br>LEGAL AND FORENSIC SERVICES** |

Raekubian Barrow, civil detainee # 064351-0, a necessary and material witness in a settlement conference in this case on April 3, 2014, is confined in Atascadero State Hospital (ASH), in the custody of the Director.  In order to secure this detainee's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the detainee before Magistrate Judge Kendall J. Newman, via video from ASH to the U. S. District Court, 501 I Street, Sacramento, California 95814, in Courtroom #25, on Thursday, April 3, 2014 at 1:00 p.m.

ACCORDINGLY, IT IS ORDERED that:

1.	This shall amend the writ issued January 13, 2014 (ECF No. 98.)

2.	A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Director to produce the detainee named above at ASH to participate via video in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

3.	The custodian is ordered to notify the court of any change in custody of this detainee and is ordered to provide the new custodian with a copy of this writ.

4.	The Court Clerk shall transmit a copy of this writ by facsimile to the ASH Legal and Forensic Services, Fax. No. (805) 466-0103.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Director, ASH, P. O. Box 7001, Atascadero, California 93423:**

WE COMMAND you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by Judge Newman.

FURTHER, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   March 27, 2014                     /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE