# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAEKUBIAN A. BARROW,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN CALIFORNIA MEDICAL FACILITY, CORCORAN, et al.,<br><br>　　　　Defendant(s). | Case No. 1:10-cv-00154-LJO-MJS (PC)<br><br>**VOLUNTARY DISMISSAL OF ACTION**<br><br>**(ECF No. 113)**<br><br>**CLERK SHALL CLOSE CASE** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 30, 2014, the parties filed a stipulation for voluntary dismissal of this action with prejudice with each party to bear his own litigation costs and attorney's fees. (ECF No. 113.)

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff may dismiss an action without a court order by filing a stipulation of dismissal. The parties' July 30, 2014 stipulation qualifies.

Accordingly, pursuant to Fed. R. Civ. P. 41, this action is hereby DISMISSED with prejudice pursuant to the parties' stipulation. The Clerk shall CLOSE this case.

IT IS SO ORDERED.

Dated:　　August 1, 2014　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE